# EXHIBIT 1

**CHSPSC, LLC**
Return Mail Processing
PO Box 589
Claysburg, PA 16625-0589

March 15, 2023

SANDRA KUFFREY
189 HILLCREST DR
DAYTON, TN 37321-2614

**RE: Important Security Notification**
**Please read this entire letter.**

Dear Sandra Kuffrey:

I'm writing to inform you of a security incident experienced by Fortra, LLC ("Fortra"), which Fortra reported occurred between January 28, 2023 and January 30, 2023 that resulted in the unauthorized disclosure of your personal information. Fortra is a cybersecurity firm that contracts with CHSPSC, LLC ("CHSPSC") to provide a secure file transfer software called GoAnywhere. CHSPSC is a professional services company that provides services to hospitals and clinics affiliated with Community Health Systems, Inc. ("CHSPSC Affiliates"). You are receiving this letter as either a current or former employee of one or more of CHSPSC Affiliates, whose personal information was affected as a result of Forta's incident.

**What Happened?**
Fortra informed us it became aware of the incident the evening of January 30, 2023 and took impacted systems offline on January 31, 2023, stopping the unauthorized party's ability access the system. According to Fortra, the unauthorized party used a previously unknown vulnerability to gain access to Fortra's systems, specifically Fortra's GoAnywhere file transfer service platform, compromising sets of files throughout Fortra's platform.

CHSPSC received this information from Fortra on February 2, 2023, and immediately began its own investigation of potential impact of the Fortra incident on CHSPSC Affiliate personal information. CHSPSC has determined at this point in its investigation that your personal information was disclosed to the unauthorized party as a result of the Fortra incident.

**What Information Was Involved?**
The following types of data may have included personal information such as your full name and Social Security number.

**What We Are Doing.**
Both CHSPSC and Fortra have been in contact with law enforcement, including the Federal Bureau of Investigation ("FBI") and the Cybersecurity and Infrastructure Security Agency ("CISA"), and are supporting law enforcement's investigation.

To protect against an incident like this from reoccurring, Fortra informed us that it has deleted the unauthorized party's accounts, rebuilt the secure file transfer platform with system limitations and restrictions, and produced a patch for the software. CHSPSC has also implemented additional security measures, including immediate steps to implement measures to harden the security of CHSPSC's use of the GoAnywhere platform.

B086999

CHSPSC is making available ID restoration and credit monitoring services for 24 months, at no cost to you, through Experian to all potentially affected individuals who enroll. If you would like to enroll in these services or have questions related to this incident, CHSPSC has established a toll-free response line that can be reached at 800-906-7947, and is available Monday through Friday from 8 am – 10 pm Central, or Saturday and Sunday from 10 am – 7 pm Central (excluding major U.S. holidays). If you are interested in enrolling in these services, the deadline to enroll is June 30, 2023. Be prepared to provide your engagement number B086999. You may also enroll online using the instructions provided further below.

This notice also provides other precautionary measures you can take to protect your personal information, including placing a fraud alert and security freeze on your credit files and obtaining a free credit report. Additionally, you should always remain vigilant in reviewing your financial account statements and credit reports for fraudulent or irregular activity on a regular basis. See "What else can you do to protect your personal information?" below.

**What You Can Do.**
The attached sheet describes steps you can take to protect your identity and personal information, such as checking your account statements and credit report. To help protect your identity, we are offering a complimentary 24-month membership of Experian's® IdentityWorks℠. This product provides you with superior identity detection and resolution of identity theft. To activate your membership and start monitoring your personal information please follow the steps below:

- Ensure that you **enroll by:** June 30, 2023 (Your code will not work after this date.)
- **Visit** the Experian IdentityWorks website to enroll: https://www.experianidworks.com/plus
- Provide your **activation code:** 79GT7X5Q66

If you have questions about the product, need assistance with identity restoration or would like an alternative to enrolling in Experian IdentityWorks online, please contact Experian's customer care team at **800-906-7947** by **June 30, 2023.** Be prepared to provide engagement number **B086999** as proof of eligibility for the identity restoration services by Experian.

**For More Information.**
Please be assured we are committed to protecting personal information. We share your frustration with this security incident, and we apologize for any inconvenience it this may cause you. We are working very hard to limit the impact of the Fortra incident on you. If you have further questions or concerns, please call 800-906-7947. Please refer to hours and engagement number above.

Sincerely,

*Beth Witte*

Beth Witte, SVP, Chief Compliance & Privacy Officer

B086999

J1686-L01