# **EXHIBIT 2**



# Notice of Third-Party Security Incident Impacting CHSPSC Affiliate Data

This notice provides information regarding a security incident experienced by Fortra, LLC ("Fortra"), which Fortra reported occurred between January 28, 2023 and January 30, 2023 that resulted in the unauthorized disclosure of personal information. Fortra is a cybersecurity firm that contracts with CHSPSC, LLC ("CHSPSC") to provide a secure file transfer software called GoAnywhere. CHSPSC is a professional services company that provides services to hospitals and clinics affiliated with Community Health Systems, Inc. ("CHSPSC Affiliates"). You may be affected if you received services at one of the CHSPSC Affiliates, or are a family member or guarantor with respect to a patient. For a list of hospitals that are CHSPSC Affiliates and links to their websites to help you determine if you may be affected, please visit https://www.chs.net/serving-communities/locations/#USMap.

Fortra informed us it became aware of the incident the evening of January 30, 2023 and took impacted systems offline on January 31, 2023, stopping the unauthorized party's ability access the system. According to Fortra, the unauthorized party used a previously unknown vulnerability to gain access to Fortra's systems, specifically Fortra's GoAnywhere file transfer service platform, compromising sets of files throughout Fortra's platform.

CHSPSC received this information from Fortra on February 2, 2023, and immediately began its own investigation of potential impact of the Fortra incident on CHSPSC Affiliate personal information. CHSPSC has determined at this point in its investigation that CHSPSC Affiliate personal information relating to patients, a limited number of employees, and other individuals may have been disclosed to the unauthorized party as a result of the Fortra incident. The personal information may have included full name, address, medical billing and insurance information, certain medical information such as diagnoses and medication, and demographic information such as date of birth and social security number.

Both CHSPSC and Fortra have been in contact with law enforcement, including the Federal Bureau of Investigation ("FBI") and the Cybersecurity and Infrastructure Security Agency ("CISA"), and are supporting law enforcement's investigation.

To protect against an incident like this from reoccurring, Fortra informed us that it has deleted the unauthorized party's accounts, rebuilt the secure file transfer platform with system limitations and restrictions, and produced a patch for the software. CHSPSC has also implemented additional security measures, including immediate steps to implement measures to harden the security of CHSPSC's use of the GoAnywhere platform.

CHSPSC is making available ID restoration and credit monitoring services for the period required by applicable state law, which will be 24 months, at no cost to you, through Experian to all potentially affected individuals who enroll. For individuals who would like to enroll in these services or who have questions related to this incident, CHSPSC has established a toll-free response line that can be reached at 800-906-7947, and is available Monday through Friday from 8 am – 10 pm Central, or Saturday and Sunday from 10 am – 7 pm Central (excluding major U.S. holidays). If you are interested in enrolling in these services, the deadline to enroll is June 30, 2023. Be prepared to provide your engagement number: adults use B086999 and minors use B087000. You may also enroll online using the instructions provided in our FAQs further below.

This notice also provides other precautionary measures you can take to protect your personal information, including placing a fraud alert and security freeze on your credit files and obtaining a free credit report. Additionally, you should always remain vigilant in reviewing your financial account statements and credit reports for fraudulent or irregular activity on a regular basis. See "What else can you do to protect your personal information?" below.

Please be assured we are committed to protecting personal information. We share your frustration with this security incident, and we apologize for any inconvenience it this may cause you. We are working very hard to limit the impact of the Fortra incident on you. If you have further questions or concerns, please call 800-906-7947. Please refer to hours and engagement numbers above.